**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

TODD BESNOFF,

    Plaintiff,

v.                                        CASE NO. 4:12cv646-RH/CAS

BOARD OF TRUSTEES OF FLORIDA
STATE UNIVERSITY,

    Defendant.

_____/

## ORDER ON NOTICE OF CONFLICT

The defendant has given notice that its attorney has a trial in another case that may conflict with the trial in this case. ECF No. 8. The trial in this case will be stacked within the trial period to avoid any conflict in preparation for or trial of the two cases, or other steps will be taken as may be necessary. The other trial will have priority over this one. The issue will be addressed at the pretrial conference.

SO ORDERED on February 22, 2013.

                                                s/Robert L. Hinkle
                                                United States District Judge